No. 82–1131. WHEAT v. MISSISSIPPI. Sup. Ct. Miss.;
No. 82–6108. NELSON v. ZANT, WARDEN, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER. Sup. Ct. Ga.;
No. 82–6115. HILL v. GEORGIA. Sup. Ct. Ga.; and
No. 82–6154. MARTIN v. FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: No. 82–1131, 420 So. 2d 229; No. 82–6108, 250 Ga. 152, 296 S. E. 2d 590; No. 82–6115, 250 Ga. 277, 295 S. E. 2d 518; No. 82–6154, 420 So. 2d 583.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 82–1283. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS v. CARTER. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 82–875. IRISH PEOPLE, INC. v. SMITH, ATTORNEY GENERAL OF THE UNITED STATES, 459 U. S. 1172;
No. 82–5836. BALLENTINE v. HARRIS, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, 459 U. S. 1213;
No. 82–5925. MCCOLPIN v. UNITED STATES, 459 U. S. 1216;
No. 82–5932. WATNICK v. ELGIN STATE HOSPITAL, 459 U. S. 1216;
No. 82–6010. LOTT v. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES, 459 U. S. 1220;
No. 82–6042. WADE v. UNITED STATES, 459 U. S. 1221; and
No. 82–6063. SCHLOMANN v. RALSTON, WARDEN, 459 U. S. 1221. Petitions for rehearing denied.